Peter R. Afrasiabi, Esq. (Bar No. 193336)
Email: pafrasiabi@turnergreen.com
John Tehranian, Esq. (Bar. No. 211616)
Email: jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

Attorneys for Plaintiff and Counter-Defendant
KPR Consulting, Inc.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KPR Consulting, Inc., a California corporation<br>　　　　Plaintiff,<br><br>v.<br><br>Permacity Solar, a California corporation; Mangan Inc., a California corporation; Costco Wholesale corporation, a Washington Corporation; and DOES 1 through 10, inclusive,<br>　　　　Defendants.<br><br>Mangan Inc., a California corporation<br><br>　　Counter-Claimant,<br><br>v.<br><br>KPR Consulting, Inc., a California corporation<br><br>　　Counter-Defendant. | Case No. SACV 08-01096 AHS (MLGx)<br><br>Assigned for all purposes to:<br>Hon. Alicemarie H. Stotler<br><br>**ORDER ON STIPULATION REGARDING DISMISSAL WITH PREJUDICE** |

14125.1

1

**[PROPOSED] ORDER DISMISSING WITH PREJUDICE**

1  The Court, having considered the Stipulation Re Dismissal With Prejudice, hereby
2  orders as follows:
3  This case and the counterclaims are dismissed with prejudice.

Dated: January 9, 2009         **ALICEMARIE H. STOTLER**
                               The Honorable Alicemarie H. Stotler
                               U.S. District Court Judge